UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ROCK HILL MECHANICAL, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:06CV657 HEA |
| | ) |
| LIEBERT, INC. et al., | ) |
| | ) |
| Defendant, | ) |

## **ORDER**

This matter is before the Court on Plaintiff's Motion for Protective Order, [Doc. No. 64], and Defendant's Motion to Compel, [Doc. No. 65]. The Court has reviewed the pleadings and the memoranda in support thereof and opposition thereto.

**IT IS HEREBY ORDERED** that the Motions are granted to the extent that Plaintiff shall respond to Defendant's discovery requests except with respect to those requests which seek diaries or privileged documents under the attorney/client privilege, work product doctrine, or any other recognized privilege. Plaintiff shall provide Defendant with a privilege log of those documents not produced.

Dated this 8th day of January, 2009.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE